UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GILBERT ROMAN,** Pro Se,

    Plaintiff,

v.

**AMAZON.COM, INC. and
AMAZON.COM SERVICES LLC,**

    Defendants.

**CASE NO. 8:24-cv-00540 SDM-AAS**

**DECLARATION OF MARTINE G. KIVATINETZ
IN SUPPORT OF DEFENDANTS' MOTION
TO DISMISS SECOND AMENDED COMPLAINT**

I, Martine G. Kivatinetz, declare as follows:

1. I am a paralegal at the law firm of Klarquist Sparkman, LLP, counsel for defendants Amazon.com, Inc. and Amazon.com Services LLC ("Amazon") in this matter. I submit this declaration in support of Defendants' Motion to Dismiss Second Amended Complaint.

2. I have personal knowledge of the facts stated herein and, if called to testify, could and would competently testify thereto.

3. On July 23, 2024, I conducted a search of copyright owners at the following URL: [https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?DB=local&PAGE=First](https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?DB=local&PAGE=First)

4. The above URL and its search results are maintained by the United States Copyright Office.

5. A search by "name" with "Gilbert Roman" as the entered name yielded three search results. A true and correct copy of the search results are attached hereto as Exhibit 1.

6. A search by "title" with "Time is the Moral Compass of Truth" yielded zero search results. A true and correct copy of the search results are attached hereto as Exhibit 2.

Executed on July 23, 2024, at San Francisco, California.

Martine G. Kivatinetz

# EXHIBIT 1



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.



# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Name = Gilbert Roman
Search Results: Displaying 1 through 3 of 3 entries.



Resort results by: [ ▼ ]                                                                 Set Search Limits

| #   | Name (NALL) <     | Full Title    | Copyright Number | Date |
|-----|-------------------|---------------|------------------|------|
| [1] | Gilbert, Roman    | P.O.W.        | PAu003362854     | 2008 |
| [2] | Gilbert, Roman Drake | Beautiful Lie. | TXu001602962  | 2009 |
| [3] | Gilbert, Roman Drake | \"MIDDLE\".   | TXu001577680   | 2008 |

Resort results by: [ ▼ ]                                                                 Set Search Limits

Clear Selected    Retain Selected

**Save, Print and Email (Help Page)**

| Records | Select Format: Full Record ▼  Format for Print/Save |
|---------|------------------------------------------------------|
| ○ All on Page<br>● Selected On Page<br>○ Selected all Pages | Enter your email address: [_____]  Email |

Search for: Gilbert Roman    Search by: Name (Crichton Michael; Walt Disney Company) ▼    Item type: None ▼

25 records per page ▼     Submit   Reset

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page |
Library of Congress Home Page

# EXHIBIT 2



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

# Public Catalog

Copyright Catalog (1978 to present) at DC4

**Your search found no results. Refer to search examples, check spelling or try another search type.**

**Basic Search**     **Other Search Options**

**Search for:** Time is the Moral Compass of Truth

**Search by:**
Title (omit initial article A, An, The, El, La, Das etc.)
Name (Crichton Michael; Walt Disney Company)
Keyword
Registration Number (for VAu 598-675 type vau000598675)
Document Number (for V2606 P87 type v2606p087)
Command Keyword

Scroll down for **Search Hints**

25 records per page

Begin Search
Clear Search

Set Search Limits

## Search Hints

- Works registered prior to 1978 may be found only in the Copyright Public Records Reading Room.
- Can't find what you're looking for? Try our "Other Search Options".
- Search terms are not case sensitive.
- Search limits can be used with all "Search by:" options.

| Search Type | Hint |
|---|---|
| **Title** | - Omit initial articles (A, An, The, El, La, Das): **King and I**<br>- Type the entire title, or the first few words of the title, starting with the first word |
| **Name** | - For personal names, type last name first name: **Hillerman Tony**<br>- For corporate names, type in order: **Sony Music Entertainment**; **Walt Disney Company**<br><br>For Claimant names, go to **Other Search Options** and select "Name: Claimant (KLCN)" from the *Search by* box. For personal names, type first name last name: James Michener. For corporate names, type in order: Metro Goldwyn Mayer<br><br>For Document names, go to **Other Search Options** and select either "Docs: Party1 Statement (K291)" or "Docs: Party2 (K292)", or "Docs Party1/2 (KPTY)" from the *Search by* box. For personal names, type first name last name: Stephen King. For corporate names, type in order: Warner Brother Pictures |
| **Keyword** | - Searches word(s) anywhere in the record<br>- Retrieves records with at least one of your search words<br>- Use + before words that **must** appear in every record retrieved<br>- Use ! before words that **must not** appear in any record retrieved |

| | |
|---|---|
| | - Use ? for truncation: **photo?** finds **photograph, photographic, photographer**<br>- Use "" to surround exact phrases: "**war of the worlds**" |
| [Registration Number](#) | - Omit spaces and hyphens<br>- Registration numbers must be 12 characters long. Type 2 letters followed by 10 digits, or 3 letters followed by 9 digits; add zeroes before the number:<br>**VAu-598-764** is typed **VAU000598764**,<br>**SR-320-918** is typed **SR0000320918** |
| [Document Number](#) | - Omit spaces and hyphens<br>- The number after the "v" is always 4 digits; the number after the "p" or "d" is always 3 digits<br>- **V2606 P87** is typed **V2606P087** |
| [Command Keyword](#) | - Use index codes and Boolean operators<br>- Use ? for truncation: **photo?** finds **photograph, photographic, photographer**<br>- Use "" to surround exact phrases: "**war of the worlds**" |

[Help](#)  **Search**  [History](#)  *Titles*  [Start Over](#)

[Contact Us](#) | [Request Copies](#) | [Get a Search Estimate](#) | [Frequently Asked Questions (FAQs) about Copyright](#) | [Copyright Office Home Page](#) | [Library of Congress Home Page](#)