## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

GILBERT ROMAN, Pro Se,

        Plaintiff,

v.

AMAZON.COM, INC. and
AMAZON.COM SERVICES LLC,

        Defendants.

CASE NO. 8:24-cv-00540 SDM-AAS

DEMAND FOR JURY TRIAL

## DEFENDANTS' ANSWER TO
## PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendants Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon" or "Defendants"), answer Plaintiff Gilbert Roman's Second Amended Complaint as follows:

### [INTRODUCTION]

1.     No answer is necessary for paragraph 1 of the Second Amended Complaint.

### [JURISDICTION AND VENUE]

2.     Amazon admits that the Second Amended Complaint purports to state a claim for copyright infringement, and that this action arises under the Copyright Act of 1976, Title 17 U.S.C. §§ 101 et seq.  Amazon denies that Plaintiff has stated any such claim, and denies any act of infringement.

1

3.     Amazon admits that this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).  Amazon denies that this Court has subject matter jurisdiction under 28 U.S.C. § 1332 because none of the matters in controversy exceeds the sum or value of $75,000.  Amazon denies that this Court has subject matter jurisdiction under 28 U.S.C. §1338(b) because no claim for unfair competition has been asserted.

4.     For the purposes of this action only, Amazon does not contest that Venue in this judicial district is proper under 28 U.S.C. § 1391.

## *[PARTIES]*

5.     Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 5 of the Second Amended Complaint.

6.     Admitted.

7.     Amazon denies that Amazon.com Services LLC is a Delaware Corporation.  Amazon admits that Amazon.com Services LLC is a Delaware limited liability company and has a principal place of business in the State of Washington.

8.     Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 8 of the Second Amended Complaint.

9.     Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 9 of the Second Amended Complaint.

10.     Denied.

### *[FACTUAL BACKGROUND]*

11.     Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 11 of the Second Amended Complaint.

12.     Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 12 of the Second Amended Complaint.

13.     Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13 of the Second Amended Complaint.

14.     Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 14 of the Second Amended Complaint.

15.     Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 15 of the Second Amended Complaint.

16.     Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 16 of the Second Amended Complaint.

17.     Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 17 of the Second Amended Complaint.

18.     Amazon admits that Amazon Services and its affiliates or related companies own and operate the Kindle Direct Publishing ("KDP") service.

19.     Amazon admits that Amazon Services or its affiliates and related companies offer books in hardcopy and digital formats are listed as available for

sale through its internet marketplace, and that third parties also offer products for sale through the marketplace, in various countries.

20.    Amazon admits that Amazon Services or its affiliates and related companies offer services whereby authors or their agents may list works as available for sale, offer certain marketing and promotional services, and distribute in hardcopy or digital formats such works to customers, through the Kindle Direct Publishing program, which includes paying self-publishers royalties resulting from sales of listed works.

21.    Amazon admits that Amazon Services or its affiliates and related companies define the author or agent of works listed through their services as the "Publisher" and receive revenue resulting from sales of listed works through the Kindle Direct Publishing program.

22.    To the extent the allegations of paragraph 22 of the Second Amended Complaint are directed to Amazon, Amazon denies those allegations.  To the extent the allegations in paragraph 22 of the Second Amended Complaint are directed toward others, or refer to subjective opinion or beliefs that may be held by Plaintiff, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22 of the Second Amended Complaint.

23.    Amazon admits that nine copies of the book entitled "Time Is The Moral Compass Of Truth" were sold under Amazon Standard Identification

Number ("ASIN") B0C1J3B8DF at a price of $9.99 USD each. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23 of the Second Amended Complaint.

24. Amazon admits that nine copies of the book entitled "Time Is The Moral Compass Of Truth" were sold under Amazon Standard Identification Number ("ASIN") B0C1J3B8DF.

25. Amazon admits that Exhibit E purports to be a copy of the copyright page of a book bearing the quoted language, additional language, but without ellipses. Amazon lacks information sufficient to form a belief as to the truth of the remaining allegations in paragraph 25 of the Second Amended Complaint.

26. Amazon admits that it is stated on Exhibit E: "Printed by: BookJet Publicity Enterprise." Amazon lacks information sufficient to form a belief as to the truth of the remaining allegations in paragraph 26 of the Second Amended Complaint.

27. Amazon admits that nine copies of the book entitled "Time Is The Moral Compass Of Truth" were sold under Amazon Standard Identification Number ("ASIN") B0C1J3B8DF. Amazon lacks information sufficient to form a belief as to the truth of the remaining allegations in paragraph 27 of the Second Amended Complaint.

28.     Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 28 of the Second Amended Complaint.

29.     Amazon admits that contacts were made with Amazon from the email address "groman2009@yahoo.com" stating that Gilbert Roman had "paid bookjet publicity" and had "terminated [his] agreement with Bookjet publicity," and requested that "royalties be paid to [] Gilbert Roman."  Amazon denies that Plaintiff provided an adequate notice of copyright infringement that included the registration number of the allegedly infringed work, because no such registration existed until long after this suit was filed.

30.     To the extent the allegations of paragraph 30 of the Second Amended Complaint are directed to Amazon, Amazon admits that contacts were made, more than six month before this lawsuit was filed, with Amazon from the email address "groman2009@yahoo.com" stating that Gilbert Roman had "paid bookjet publicity" and had "terminated [his] agreement with Bookjet publicity," and requested that "royalties be paid to [] Gilbert Roman."  Amazon denies that Plaintiff provided an adequate notice of copyright infringement that included the registration number of the allegedly infringed work, because no such registration existed until long after this suit was filed.  To the extent the allegations in paragraph 30 of the Second Amended Complaint are directed toward others, or refer to subjective opinion or beliefs that may be held by Plaintiff, Amazon lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 30 of the Second Amended Complaint.

31.     To the extent the allegations of paragraph 31 of the Second Amended Complaint are directed to Amazon, Amazon admits that contacts were made with Amazon from the email address "groman2009@yahoo.com" stating that Gilbert Roman had "paid bookjet publicity" and had "terminated [his] agreement with Bookjet publicity," and requested that "royalties be paid to [] Gilbert Roman." Amazon denies that Plaintiff provided an adequate notice of copyright infringement that included the registration number of the allegedly infringed work, because no such registration existed until long after this suit was filed. To the extent the allegations in paragraph 31 of the Second Amended Complaint are directed toward others, or refer to subjective opinion or beliefs that may be held by Plaintiff, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 31 of the Second Amended Complaint.

32.     To the extent the allegations of paragraph 32 of the Second Amended Complaint are directed to Amazon, Amazon admits that contacts were made, more than six month before this lawsuit was filed, with Amazon from the email address "groman2009@yahoo.com" stating that Gilbert Roman had "paid bookjet publicity" and had "terminated [his] agreement with Bookjet publicity," and requested that "royalties be paid to [] Gilbert Roman." Amazon denies that

Plaintiff provided an adequate notice of copyright infringement that included the registration number of the allegedly infringed work, because no such registration existed until long after this suit was filed. To the extent the allegations in paragraph 32 of the Second Amended Complaint are directed toward others, or refer to subjective opinion or beliefs that may be held by Plaintiff, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 32 of the Second Amended Complaint.

33. To the extent the allegations of paragraph 33 of the Second Amended Complaint are directed to Amazon, Amazon denies those allegations. To the extent the allegations in paragraph 33 of the Second Amended Complaint are directed toward others, or refer to subjective opinion or beliefs that may be held by Plaintiff, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33 of the Second Amended Complaint.

34. Denied.

35. To the extent the allegations of paragraph 35 of the Second Amended Complaint are directed to Amazon, Amazon denies those allegations. To the extent the allegations in paragraph 35 of the Second Amended Complaint are directed toward others, or refer to subjective opinion or beliefs that may be held by Plaintiff, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35 of the Second Amended Complaint.

*[CLAIMS FOR RELIEF]*
*[COUNT 1]*
*[Copyright Infringement: against all Defendants]*

36.    Amazon incorporates by reference its responses to paragraphs 1-35 above, as if fully set forth herein.

37.    Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 37 of the Second Amended Complaint.

38.    To the extent the allegations of paragraph 38 of the Second Amended Complaint are directed to Amazon, Amazon denies those allegations.  To the extent the allegations in paragraph 38 of the Second Amended Complaint are directed toward others, or refer to subjective opinion or beliefs that may be held by Plaintiff, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38 of the Second Amended Complaint.

39.    To the extent the allegations of paragraph 39 of the Second Amended Complaint are directed to Amazon, Amazon denies those allegations.   To the extent the allegations in paragraph 39 of the Second Amended Complaint are directed toward others, or refer to subjective opinion or beliefs that may be held by Plaintiff, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39 of the Second Amended Complaint.

40.    To the extent the allegations of paragraph 40 of the Second Amended Complaint are directed to Amazon, Amazon denies those allegations.  To the

extent the allegations in paragraph 40 of the Second Amended Complaint are directed toward others, or refer to subjective opinion or beliefs that may be held by Plaintiff, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 40 of the Second Amended Complaint.

41.     To the extent the allegations of paragraph 41 of the Second Amended Complaint are directed to Amazon, Amazon denies those allegations.  To the extent the allegations in paragraph 41 of the Second Amended Complaint are directed toward others, or refer to subjective opinion or beliefs that may be held by Plaintiff, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 41 of the Second Amended Complaint.

42.     To the extent the allegations of paragraph 42 of the Second Amended Complaint are directed to Amazon, Amazon denies those allegations.  To the extent the allegations in paragraph 42 of the Second Amended Complaint are directed toward others, or refer to subjective opinion or beliefs that may be held by Plaintiff, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42 of the Second Amended Complaint.

43.     To the extent the allegations of paragraph 43 of the Second Amended Complaint are directed to Amazon, Amazon denies those allegations.  To the extent the allegations in paragraph 43 of the Second Amended Complaint are directed toward others, or refer to subjective opinion or beliefs that may be held

by Plaintiff, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 43 of the Second Amended Complaint.

44.    To the extent the allegations of paragraph 44 of the Second Amended Complaint are directed to Amazon, Amazon denies those allegations.  To the extent the allegations in paragraph 44 of the Second Amended Complaint are directed toward others, or refer to subjective opinion or beliefs that may be held by Plaintiff, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 44 of the Second Amended Complaint.

45.    To the extent the allegations of paragraph 45 of the Second Amended Complaint are directed to Amazon, Amazon denies those allegations.  To the extent the allegations in paragraph 45 of the Second Amended Complaint are directed toward others, or refer to subjective opinion or beliefs that may be held by Plaintiff, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 45 of the Second Amended Complaint.

## *[COUNT 2]*
### *[Vicarious and/or Contributory Infringement: against all Defendants]*

46.    Amazon incorporates by reference its responses to paragraphs 1-45 above, as if fully set forth herein.

47.    To the extent the allegations of paragraph 47 of the Second Amended Complaint are directed to Amazon, Amazon denies those allegations.  To the extent the allegations in paragraph 47 of the Second Amended Complaint are

directed toward others, or refer to subjective opinion or beliefs that may be held by Plaintiff, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47 of the Second Amended Complaint.

48. Denied.

49. Denied.

50. To the extent the allegations of paragraph 50 of the Second Amended Complaint are directed to Amazon, Amazon denies those allegations. To the extent the allegations in paragraph 50 of the Second Amended Complaint are directed toward others, or refer to subjective opinion or beliefs that may be held by Plaintiff, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50 of the Second Amended Complaint.

51. To the extent the allegations of paragraph 51 of the Second Amended Complaint are directed to Amazon, Amazon denies those allegations. To the extent the allegations in paragraph 51 of the Second Amended Complaint are directed toward others, or refer to subjective opinion or beliefs that may be held by Plaintiff, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51 of the Second Amended Complaint.

52. To the extent the allegations of paragraph 52 of the Second Amended Complaint are directed to Amazon, Amazon denies those allegations. To the extent the allegations in paragraph 52 of the Second Amended Complaint are

directed toward others, or refer to subjective opinion or beliefs that may be held by Plaintiff, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 52 of the Second Amended Complaint.

53.     To the extent the allegations of paragraph 53 of the Second Amended Complaint are directed to Amazon, Amazon denies those allegations.  To the extent the allegations in paragraph 53 of the Second Amended Complaint are directed toward others, or refer to subjective opinion or beliefs that may be held by Plaintiff, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53 of the Second Amended Complaint.

*[COUNT3]*
*[Constructive Trust: against all Defendants]*

54.     Amazon incorporates by reference its responses to paragraphs 1-53 above, as if fully set forth herein.

55.     To the extent the allegations of paragraph 55 of the Second Amended Complaint are directed to Amazon, Amazon denies those allegations.  To the extent the allegations in paragraph 55 of the Second Amended Complaint are directed toward others, or refer to subjective opinion or beliefs that may be held by Plaintiff, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 55 of the Second Amended Complaint.

56.     To the extent the allegations of paragraph 56 of the Second Amended Complaint are directed to Amazon, Amazon denies those allegations.  To the

extent the allegations in paragraph 56 of the Second Amended Complaint are directed toward others, or refer to subjective opinion or beliefs that may be held by Plaintiff, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 56 of the Second Amended Complaint.

57.    To the extent the allegations of paragraph 57 of the Second Amended Complaint are directed to Amazon, Amazon denies those allegations.  To the extent the allegations in paragraph 57 of the Second Amended Complaint are directed toward others, or refer to subjective opinion or beliefs that may be held by Plaintiff, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 57 of the Second Amended Complaint.

58.    To the extent the allegations of paragraph 58 of the Second Amended Complaint are directed to Amazon, Amazon denies those allegations.  To the extent the allegations in paragraph 58 of the Second Amended Complaint are directed toward others, or refer to subjective opinion or beliefs that may be held by Plaintiff, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 58 of the Second Amended Complaint.

59.    Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 59 of the Second Amended Complaint.

## RESPONSE TO PLAINTIFF'S PRAYER FOR RELIEF

Amazon denies that Plaintiff is entitled to any relief.

## GENERAL DENIAL

Except as expressly admitted herein, Amazon denies each and every allegation of Plaintiff's Second Amended Complaint.

## ADDITIONAL DEFENSES

Further answering and as additional defenses, Amazon states the following without admitting any allegation of the Second Amended Complaint not otherwise admitted and without assuming the burden of proving any fact that is otherwise Plaintiff's burden to prove. Amazon reserves the right to amend or augment these defenses based on further investigation and discovery.

### FIRST ADDITIONAL DEFENSE
### (NO INFRINGEMENT)

1.     Amazon does not infringe and has not infringed the asserted copyright.

### SECOND ADDITIONAL DEFENSE
### (LACK OF NOTICE)

2.     Plaintiff did not provide timely effective notice of its claim prior to suit. If infringement occurred involving any listing on Amazon.com, Amazon's involvement was innocent and without notice or actual knowledge.

### THIRD ADDITIONAL DEFENSE
### (NOT LIABLE FOR ACTS OF THIRD PARTIES)

3.     Amazon is not liable for the alleged acts of third parties in this case.

## FOURTH ADDITIONAL DEFENSE
### (FAILURE TO MITIGATE DAMAGES)

4.      Plaintiff's claims against Amazon, if any, are barred, in whole or in part, by failure to mitigate damages.

## FIFTH ADDITIONAL DEFENSE
### (FAILURE TO STATE A CLAIM)

5.      Plaintiff has failed to state a claim against Amazon upon which relief can be granted.

## SIXTH ADDITIONAL DEFENSE
### (DMCA SAFE HARBOR)

6.      Plaintiff's claims, if any, are barred in whole or in part by Plaintiff's failure to provide valid notices under the DMCA.

## SEVENTH ADDITIONAL DEFENSE
### (STATUTE OF LIMITATIONS)

7.      Any claim by Plaintiff is limited by the three-year statute of limitations.

## EIGHTH ADDITIONAL DEFENSE
### (OWNERSHIP, LICENSE)

8.      On information and belief, Plaintiff does not own the copyright in the allegedly infringed work, and/or authorized others to make products that Plaintiff now accuses.

## NINTH ADDITIONAL DEFENSE
## (INJUNCTIVE/EQUITABLE RELIEF NOT WARRANTED)

9.     Plaintiff is not entitled to injunctive or any other equitable relief because Plaintiff has an adequate remedy at law and because any alleged injury to Plaintiff is not immediate or irreparable.

## TENTH ADDITIONAL DEFENSE
## (INVALIDITY)

10.     On information and belief, one or more of the Registrations that Plaintiff asserts in this action are invalid.

11. Plaintiff's copyrights are invalid for failure to meet the conditions of copyright, including but not limited to lack of originality, and/or otherwise comply with one or more provisions of Title 17 of the United States Code.

## ELEVENTH ADDITIONAL DEFENSE
## (NO CAUSATION)

12.     Plaintiff's claims against Amazon, if any, are barred, in whole or in part, because Plaintiff's damages were not caused by Amazon.

## TWELTH ADDITIONALDEFENSE
## (LACK OF IRREPARABLE HARM)

13. Plaintiff's claims for injunctive relief are barred because Plaintiff cannot show that it will suffer any irreparable harm from Amazon's actions.

## THIRTEENTH ADDITIONAL DEFENSE
## (ADEQUACY OF REMEDY AT LAW)

14. The alleged injury or damage suffered by Plaintiff, if any, would be adequately compensated by damages. Accordingly, Plaintiff has a complete and adequate remedy at law and is not entitled to seek equitable relief.

## PRAYER FOR RELIEF

WHEREFORE, Amazon prays for the following relief:

1.     A judgment dismissing Plaintiff's Second Amended Complaint against Amazon in its entirety, with prejudice, and finding that plaintiff recovers nothing thereon;

2.     A judgment declaring that Amazon has not infringed any asserted copyright;

3.     A judgment declaring that lawfully made copies of the work in dispute can be sold and resold on Amazon.com without infringement of Plaintiff's asserted copyright, without requiring any further authorization from Plaintiff;

4.     A judgment declaring that 17 U.S.C. Section 412 prohibits Plaintiff from obtaining relief under Section 504 or Section 505 of the Copyright Act in this action;

5.     That the Court award Amazon full costs and expenses of litigation, including reasonable attorneys' fees under 17 U.S.C. Section 505; and

6.     That the Court award Amazon any further relief as this Court may deem just and proper.

## COUNTERCLAIMS

1.     This Court has original subject matter jurisdiction over Amazon's causes of action for declaratory judgment under Title 28, United States Code, Sections 2201 and 2202, and under the copyright laws of the United States, Title 17 of the United States Code.

## FIRST COUNTERCLAIM
## DECLARATORY JUDGMENT OF NON-INFRINGEMENT

2.     This claim arises under the Declaratory Judgment Act under 28 U.S.C. §§ 2201 and 2202, and the Copyright Act, 17 U.S.C.  A controversy exists between the parties as to the alleged infringement of the copyright plaintiff claims to own (Registration TX0009413427), titled "Time is the Moral Compass of Truth." Amazon therefore brings the following counterclaims against plaintiff, who is subject to personal jurisdiction in this District, to resolve this ongoing controversy.

3.     On information and belief, Plaintiff paid an entity known as BookJet Publicity to assist with the publishing of a book titled "Time is the Moral Compass of Truth."

4.     On information and belief, Plaintiff provided a copy of "Time is the Moral Compass of Truth" to somebody associated with BookJet Publicity.

5.      On information and belief, somebody associated with BookJet Publicity used the Kindle Direct Publishing program to create a listing identified as B0C1J3B8DF on www.amazon.com for the sale of "Time is the Moral Compass of Truth" at a price of $9.99.

6.      On information and belief, Plaintiff authorized the purchase of seven copies of "Time is the Moral Compass of Truth" from www.amazon.com on or about April 19, 2023, as all seven copies were shipped to Plaintiff's address: 950 Woodlark Dr., Haines City, FL, 33844.

7.      One copy of "Time is the Moral Compass of Truth" was subsequently ordered on or about June 3, 2023. Another copy was ordered on or about December 7, 2023.

8.      On information and belief, Plaintiff "terminated [his] agreement with Bookjet publicity" prior to February 9, 2024. (Doc. 1-1 at A2)

9.      Amazon has since removed the listing identified as B0C1J3B8DF.

10.     The orders identified in paragraphs 6-7, which total $89.91, reflect all sales on any platform associated with Amazon of the book titled "Time is the Moral Compass of Truth."

11.     On information and belief, the product that was listed on www.amazon.com under B0C1J3B8DF was lawfully made.

12.    The sale of the product that was listed under B0C1J3B8DF does not infringe any copyright of Plaintiff.

13.    Amazon is not directly liable for copyright infringement.

14.    Amazon is not secondarily liable for copyright infringement under any theory (whether for contributory infringement or vicarious liability).

## SECOND COUNTERCLAIM

## DECLARATORY JUDGMENT THAT 17 U.S.C. § 412 PROHIBITS PLAINTIFF FROM RECOVERING STATUTORY DAMAGES OR ATTORNEY FEES IN THIS ACTION, NO MATTER THE OUTCOME

15.    Amazon incorporates the preceding paragraphs of its counterclaims as if fully set forth here.

16.    The parties dispute whether the asserted registration TX0009413427 supports a claim for relief under Section 504 or Section 505 of Title 17 of the U.S. Code.

17.    Plaintiff contends that the work registered under registration TX0009413427 was first published in 2022. (Doc. 33 at 14)

18.    Plaintiff did not apply to register his alleged copyright in the work at issue until June 2024. (Doc. 33 at 14)

19.    On information and belief, the product accused of infringement in this action was on sale in the United States at www.amazon.com under listing B0C1J3B8DF no later than April 6, 2023. (Doc. 1-1 at A1)

20.     Section 412 of Title 17 U.S.C. prohibits Plaintiff from seeking relief under Section 504 or Section 505 of the Copyright Act for alleged infringement by the sale on www.amazon.com of "Time is the Moral Compass of Truth" under listing B0C1J3B8DF.

## PRAYER FOR RELIEF

WHEREFORE, Amazon prays for the following relief:

1.     A judgment dismissing Plaintiff's complaint against Amazon in its entirety, with prejudice, and finding that Plaintiff recovers nothing thereon;

2.     A judgment declaring that Amazon has not infringed any asserted copyright;

3.     A judgment declaring that 17 U.S.C. Section 412 prohibits plaintiff from obtaining relief under Section 504 or Section 505 of the Copyright Act in this action;

4.     That the Court award Amazon such other and further relief as this Court may deem just and proper.

## DEMAND FOR A JURY TRIAL

In accordance with Fed. R. Civ. P. 38(b), Amazon hereby demands a jury trial on all issues so triable.

Dated: April 8, 2025

Respectfully submitted,
/s/ *Todd M. Siegel*

Dennis D. Leone
Florida Bar No. 69401
dleone@shankmanleone.com
Shankman Leone, P.A.
707 N. Franklin Street, 5th Floor
Tampa, Florida 33602
Tel: (813) 223-1099

Todd M. Siegel (*Pro Hac Vice*)
Oregon Bar No. 001049
todd.siegel@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Tel: (503) 595-5300

*Counsel for Defendants Amazon.com, Inc. and Amazon.com Services LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on April 8, 2025, a true and correct copy of the foregoing **Defendants' Answer to Plaintiff's Second Amended Complaint** was electronically filed with the Court and served through the CM/ECF system to all registered CM/ECF recipients.

The undersigned further certifies that a true and correct copy of **Defendants' Answer to Plaintiff's Second Amended Complaint** was served via electronic mail and First-Class Mail to Plaintiff at the following address:

Gilbert Roman
950 Woodlarks Drive
Haines City, FL 33844
groman2009@yahoo.com

/s/ *Todd M. Siegel*
Todd M. Siegel (*Pro Hac Vice*)
Oregon Bar No. 001049
todd.siegel@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Tel: (503) 595-5300

*Counsel for Defendants Amazon.com, Inc. and Amazon.com Services LLC*