AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ✘ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>USDC – Middle District of Florida |
|---|---|
| **DOCKET NO.**<br>8:24-cv-540-SDM-AAS | **DATE FILED**<br>February 28, 2024 | 801 N Florida Avenue<br>Tampa, FL 33602 |

| PLAINTIFF | DEFENDANT |
|---|---|
| GILBERT ROMAN | AMAZON INC., et al. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1   See attached | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ✘ Order   ☐ Judgment | ☐ Yes   ✘ No | June 12, 2025 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| ELIZABETH M. WARREN | Katrina Elliott | June 13, 2025 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

```
MIME-Version:1.0
From:cmecf_flmd_notification@flmd.uscourts.gov
To:cmecf_flmd_notices@localhost.localdomain
Bcc:
--Case Participants: Todd M. Siegel (7185227420@filings.docketbird.com,
amy.kendig@klarquist.com, todd.siegel@klarquist.com), Magistrate Judge Amanda Arnold Sansone
(chambers_flmd_sansone@flmd.uscourts.gov), Judge Steven D. Merryday
(chambers_flmd_merryday@flmd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<25801342@flmd.uscourts.gov>
Subject:Activity in Case 8:24-cv-00540-SDM-AAS Roman v. Amazon Inc. Order
```
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Middle District of Florida

### Notice of Electronic Filing

The following transaction was entered on 6/12/2025 at 10:16 AM EDT and filed on 6/12/2025
**Case Name:**         Roman v. Amazon Inc.
**Case Number:**       [8:24-cv-00540-SDM-AAS](#)
**Filer:**
**Document Number:** 42(No document attached)

**Docket Text:**
**ENDORSED ORDER: In accord with the parties' stipulation (Doc. [41]), the action is DISMISSED WITH PREJUDICE. The clerk must close the case. Signed by Judge Steven D. Merryday on 6/12/2025. (JTM)**


**8:24-cv-00540-SDM-AAS Notice has been electronically mailed to:**

Todd M. Siegel     todd.siegel@klarquist.com, 7185227420@filings.docketbird.com, amy.kendig@klarquist.com

**8:24-cv-00540-SDM-AAS Notice has been delivered by other means to:**

Gilbert Roman
950 Woodlarks Drive
Haines City, FL 33844